# UNITED STATES DISTRICT COURT

| **Eastern** | **District of** | **California** |
|---|---|---|

EDWARD GUEVARA,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER:  1:10at0943


Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:




ENTER this    17th    day of           November          ,    2010    .




               /s/ Dennis L. Beck
               Signature of Judicial Officer

               Dennis L. Beck, U.S. Magistrate Judge
               Name and Title of Judicial Officer