Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Edward Guevara, | ) | CASE NO. 1:10cv02149 OWW DLB |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| Commissioner of Social Security | ) | FOR EXTENSION OF TIME TO SUBMIT |
|     Defendant. | ) | PLAINTIFF'S CONFIDENTIAL LETTER BRIEF |

    IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential letter brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is May 5, 2011. The new due date will be June 6, 2011.  The scheduling order should be modified accordingly.

Dated: May 4, 2011        /s/ Sengthiene Bosavanh
                                     SENGTHIENE BOSAVANH, ESQ.
                                     Attorney for Plaintiff

Dated: May 4, 2011        BENJAMIN B. WAGNER
                                   United States Attorney


                                   By: /s/Brenda Pullin
                                   (as authorized via telephone)
                                   BRENDA PULLIN
                                   Special Assistant United States Attorney

IT IS SO ORDERED.

    **Dated:    May 5, 2011**              **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE