BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EDWARD GUEVARA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-cv-02149-OWW-DLB<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONDENT'S RESPONSIVE BRIEF AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a FIRST extension of time of 30 days to respond to Plaintiff's opening brief [Docket No. 16].  This case was reassigned to a new Assistant Regional Counsel, who was under the impression that an extension of time was already obtained.  The original due date was August 11, 2011.  The new due date will be September 10, 2011.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of Time, 1:10 cv 02149        1

1 | DATE: 8/17/11                          */s/ Sengthiene Bosavanh*
                                            SENGTHIENE BOSAVANH
2 |                                         Attorney at Law

3 |                                         Attorney for Plaintiff

4 | DATE: 8/17/11                          BENJAMIN B. WAGNER
                                            United States Attorney
5 |                                         DONNA CALVERT
                                            Acting Regional Chief Counsel, Region IX
6 |                                         Social Security Administration

7 |                              By:        */s/ Leo R. Montenegro*
                                            LEO R. MONTENEGRO
8 |                                         Special Assistant U.S. Attorney

9 |                                         Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   August 23, 2011**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

Stip & Proposed Order Re Ext of Time, 1:10 cv 02149        2